# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0172
Lower Tribunal No. 17-4447
_____


**Jose Migenes,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Jose Migenes, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.